## BEST CARE MEDICAL CENTER, INC.

| | | |
|---|---|---|
| 1. | Aleman, Aldalberto | 2624409658 |
| 2. | Amat-Ballate, Antonio | 2624746281 |
| 3. | Betancourt, Olga | 2624040792 |
| 4. | Buitron, Victor | 2624687030 |
| 5. | Cadena, Gloria | 0154372197 |
| 6. | Carmona, Dioan | 2624345712 |
| 7. | Castellon, David | 2474155534 |
| 8. | Cespedes, Vanessa | 2624762964 |
| 9. | Cook, Liana | 2624687030 |
| 10. | Delapaz, Dagoberto | 2624584625 |
| 11. | Delgado, Jose | 2624299405 |
| 12. | Diaz, Pedro | 2474213572 |
| 13. | Diaz, Yordanis | 2474213572 |
| 14. | Esposito, Maria | 2624746281 |
| 15. | Fernandez, Mercedes | 2624409658 |
| 16. | Garcia, Arniel | 2624583956 |
| 17. | Gutierrez, Javier | 2624631111 |
| 18. | Henriquez, Eliana | 2624255697 |
| 19. | Hernandez, Rubi | 2624258451 |
| 20. | Marti, Adela | 0159703247 |
| 21. | Marti, Jesus | 0159703247 |
| 22. | Nunez, Orlando DeLeon | 2624737744 |
| 23. | Orozco, William | 2477527390 |
| 24. | Oyola, Anibal | 2624762964 |
| 25. | Reyes, Carolina | 2474127525 |
| 26. | Rochela, Mairelys | 2474127525 |
| 27. | Rodriguez, Yamila | 2477527390 |
| 28. | Rottiers, Fanny | 0129364097 |
| 29. | Siverio, Elionai | 2624584625 |
| 30. | Sordo, Lazaro | 2624383333 |
| 31. | Tavares, Zudy | 0159822954 |
| 32. | Toledo, Bryan | 0129301040 |
| 33. | Valdivia, Obed | 0160761268 |
| 34. | Zayas, Saulo | 0124401373 |

## CALEB HEALTH CARE, INC.

| | | |
|---|---|---|
| 35. | Amaya, Mauricio | 2624740557 |
| 36. | Baffigo-Ormeno, Javier | 2624687030 |
| 37. | Bellido-Vinas, Erika | 2624687030 |
| 38. | Carrazana, Reynaldo | 2624742363 |
| 39. | Carrillo, Emely (MINOR) | 2624709933 |
| 40. | Cuni, Moraina | 2624743262 |
| 41. | Delgado, Cristo | 2624587388 |
| 42. | Dross, Ricardo (Enrique) | 0128974094 |
| 43. | Ferrer, Oscar | 0124047705 |
| 44. | Garcia, Jennifer | 2624709933 |
| 45. | Gonzalez, Lazaro | 2624709933 |
| 46. | Gonzalez, Ramon (MINOR) | 2624709933 |
| 47. | Hernandez, Jose | 2624740557 |
| 48. | Leon, Carlos Velez | 0166541649 |
| 49. | Lopez, Miyelis | 2624343997 |
| 50. | Lopez, Yerisley | 2624494692 |
| 51. | Martinez, Maria | 2624754681 |
| 52. | Martinez, Roselin (MINOR) | 2624754681 |
| 53. | Martinez, Rosiel (MINOR) | 2624754681 |
| 54. | Morejon, Aleida | 0133192138 |
| 55. | Olabarrieta, Antonio | 2624343997 |
| 56. | Pacheco, Jorge | 0161313770 |
| 57. | Pereira, Alfredo | 2624668709 |
| 58. | Perez, Jorge | 2624307472 |
| 59. | Perez, Saskia | 2624587388 |
| 60. | Rodriguez, Adela | 2624740557 |

## FLORIDA REHABILITATION PRACTICE, INC.
## (F/K/A DANA MEDICAL CENTER, INC.)

| | | |
|---|---|---|
| 61. | Abad-Lopez, Alfredo | 2473958243 |
| 62. | Acosta, Aifredo Sanchez | 2473851836 |
| 63. | Aguirre, Jose | 2624669749 |
| 64. | Aleman, Alida | 2624418493 |
| 65. | Aleman, Rolando | 2624418493 |
| 66. | Alvarez, Junior | 2624506628 |
| 67. | Alvarez, Yadira | 2624506628 |
| 68. | Ambert-Trinidad, Jaynes | 2474416209 |
| 69. | Amoedo, Julio | 2624051864 |
| 70. | Avila, Humberto | 2473982342 |
| 71. | Batista, Luz | 2624446585 |

| | | |
|---|---|---|
| 72. | Blanco-Hernandez, Jose | 2472565452 |
| 73. | Caballero, Gabriel | 2479201283 |
| 74. | Caballero, J. Refugio | 2624368946 |
| 75. | Caballero-Tapia, Gabriel (3/22/08) | 2624368698 |
| 76. | Carillo, Juan | 2473785414 |
| 77. | Carillo, Juan-Jose (08/17/07) | 2477946749 |
| 78. | DeLeon, Victor | 0134129105 |
| 79. | Diaz-Marquez, Alexsey | 2624052177 |
| 80. | Diaz-Martinez, Pedro | 2474416209 |
| 81. | Duque, Lazara | 0152730701 |
| 82. | Escalona, Juan | 1259936661 |
| 83. | Escalona, Milagros | 1259936661 |
| 84. | Fernandez, David | 2472674643 |
| 85. | Fernandez, Lesly | 2472674643 |
| 86. | Fernandez, Madelin | 2472674643 |
| 87. | Fidalgo, Maria | 2479243953 |
| 88. | Fuentes, Esner | 2474234123 |
| 89. | Galeano, Cecilia | 2624537441 |
| 90. | Gonzalez, Daniel | 2472523857 |
| 91. | Gonzalez, Elena | 2474205313 |
| 92. | Gonzalez, Jose | 2624446585 |
| 93. | Gonzalez, Reina | 2472877824 |
| 94. | Gonzalez, Reina (DOL: 3/22/08) | 2624368698 |
| 95. | Hernandez, Belkis | 2473054984 |
| 96. | Hernandez, Maria Oliver | 2624495417 |
| 97. | Herrera, Liban | 2624495417 |
| 98. | Hurtado, Clara | 2624744245 |
| 99. | Jimenez, Alberto | 2624537441 |
| 100. | Jimenez, Laura (MINOR) | 2624537441 |
| 101. | Jurado, Monica | 2624586133 |
| 102. | Labrada, Norma | 2624133886 |
| 103. | Lopez, Denis | 2624614224 |
| 104. | Lopez-Perez, Jose | 2473054984 |
| 105. | Mancebo, Mileibi | 2624446585 |
| 106. | Marty, Jorge | 2472877824 |
| 107. | Monal, JoseLeal | 2473859466 |
| 108. | Morales, PedroLuis | 2473859466 |
| 109. | Napoles, Rodolfo Mayo | 2473797947 |
| 110. | Napoles, Rodolfo Mayo (08/25/07) | 2624000259 |
| 111. | Odio-Alvarez, Yuliesky | 2473799802 |
| 112. | Oliva, Irene | 2474395337 |
| 113. | Ortega, Juan | 2624134033 |
| 114. | Osorio, Angel | 2479571998 |

"EXHIBIT A"

| | | |
|---|---|---|
| 115. | Paz, Rafael | 2474042336 |
| 116. | Perez, Juan | 2479384378 |
| 117. | Placensia-Camejo, Carlos | 2624383614 |
| 118. | Placeres, Libaldy | 2624586133 |
| 119. | Quindelan, Beatriz Diaz | 2473958243 |
| 120. | Regalado, Omar Rojas | 2624437345 |
| 121. | Reyes, Marilyn | 2624670374 |
| 122. | Rodriguez, Carlos | 2624133886 |
| 123. | Rodriguez, Elida | 2471574877 |
| 124. | Rodriguez, Jose | 2624133886 |
| 125. | Rodriguez, Juan | 2474395337 |
| 126. | Rodriguez, Yurisleidy | 2474395337 |
| 127. | Rodriguez-Oliva, Juan | 2474395337 |
| 128. | Rojas Martinez, Aracelys | 2624495417 |
| 129. | Rosabal, Jorge | 2479407401 |
| 130. | Sanchez, Martha Vega | 2624368946 & 2624368698 |
| 131. | Torno, Alexi | 2473744551 |
| 132. | Torres, Yamila | 2624506628 |
| 133. | Vega, Flora | 2624418493 |
| 134. | Vera, Luz | 2479743804 |
| 135. | Villafana, Maria | 2473785414 |
| 136. | Wong, Aylen Reyes | 2624621518 |
| 137. | Wong, Jorge Reyes | 2624621518 |
| 138. | Wong, Katherine Reyes (MINOR) | 2624621518 |
| 139. | Zamora, Niurquia | 2472687819 |

## GLOBAL DIAGNOSTIC CENTER, INC.

| | | |
|---|---|---|
| 140. | Canalero, Danay | 2624505901 |
| 141. | Castellon, Jr., David | 2624537888 |
| 142. | Cruz, Digna | 2624768137 |
| 143. | Cruz, Yusti | 2624703480 |
| 144. | Cruz, Yusti (05/17/08) | 2624471427 |
| 145. | Dominguez-Abreu, Gonzalo | 2624476640 |
| 146. | Farinas, Lazara | 2624476640 |
| 147. | Gonzalez, Yiselle | 2624732877 |
| 148. | Milian, Adrian | 2624505901 |
| 149. | Milian, Adrian Jr. (MINOR) | 2624505901 |
| 150. | Nunez-Gonzalez, Manuel | 0124048497 |
| 151. | Portilla, Omar | 2624305781 |
| 152. | Ravello, Issac | 2624927758 |
| 153. | Rawlins-Bicet, Isnel | 2624728586 |
| 154. | Rodriguez, Marisol | 2624877045 |

---

| | | |
|---|---|---|
| 155. | Vera, Niurka | 2624877045 |
| 156. | Yanez, Uldisia | 0124048497 |
| 157. | Zamora, Niurquia | 2624750853 |
| 158. | Zamora, Niurquia (5/17/08) | 2624471427 |

## PERSONAL MEDICAL CENTER, INC.

| | | |
|---|---|---|
| 159. | Cabana, Maria Caridad | 2624552341 |
| 160. | Calderon, Edmundo | 2624953283 |
| 161. | Campos, Yurdanis | 2624388779 |
| 162. | Caraballo, Daylen (MINOR) | 0136898474 |
| 163. | Caraballo, Yasser | 0136898474 |
| 164. | Castells, Marelys | 0135702199 |
| 165. | Castells, Naila (MINOR) | 0135702199 |
| 166. | Castells, Osvaldo | 0135702199 |
| 167. | Castells, Osvaldo Jr. (MINOR) | 0135702199 |
| 168. | Chinea, Darian | 0134149814 |
| 169. | Chirino, Ronald | 2624435539 |
| 170. | Cruz, Eduardo-Frank | 2624655219 |
| 171. | Cruz, Orlando | 2624642803 |
| 172. | Cruz, Yoan (MINOR) | 2624642803 |
| 173. | DeGomez, Yairi Rios | 0153513080 |
| 174. | Delgado-Campos, Roxana | 2624388779 |
| 175. | Gonzalez, Lazaro | 2624552341 |
| 176. | Gonzalez-Perez, Yudenia | 2624712572 |
| 177. | Guevarra, Eday | 2624642803 |
| 178. | Hernandez, Moraima | 2624572562 |
| 179. | Labrada, Esther | 2624840068 |
| 180. | Manes, Ivan | 0136593456 |
| 181. | Martinez, Ellier | 0127990323 |
| 182. | Martinez, Mercedes | 0138362603 |
| 183. | Palacios, Josselyn (MINOR) | 2624712572 |
| 184. | Pardo, Yenisley | 2624293672 |
| 185. | Pena, Heriberto | 0131802431 |
| 186. | Perez, Ana Maria | 2624712572 |
| 187. | Perez, Lazaro | 2624561326 |
| 188. | Perez, Roberto | 2624834467 |
| 189. | Quincose, Middrey | 0136898474 |
| 190. | Quintana, Janet | 0140789974 |
| 191. | Rentas, Andrea | 2624939968 |
| 192. | Rentas, Andrea | 2624525909 |
| 193. | Reyes, Orlando | 0138656889 |
| 194. | Rios, Andrea (MiNOR) | 2624525909 |

"EXHIBIT A"

| | | |
|---|---|---|
| 195. | Rivera, Enrique | 2624840068 |
| 196. | Rodriguez, Ramon | 2624655219 |
| 197. | Sanchez, Amiandina | 2624726424 |
| 198. | Sanchez, Jose | 2624726424 |
| 199. | Serrano, Liz Marie | 2624552341 |
| 200. | Trista, Angel | 0132827924 |
| 201. | Urrutia, Junior | 0124359050 |
| 202. | Urrutia, Junior (02/09/08) | 2624293672 |
| 203. | Viera, Tania | 2624552341 |
| 204. | Villafana, Jose | 2624572562 |
| 205. | Villafana, Mayulis | 2624572562 |

## P.V.C. MEDICAL CENTER, INC.

| | | |
|---|---|---|
| 206. | Alonso, Nilda | 2624629800 |
| 207. | Chirino, Bryan (MINOR) | 2624724379 |
| 208. | Chirino, Melissa (MiNOR) | 2624724379 |
| 209. | Chirino, Tamara | 2624724379 |
| 210. | Claro, Vilma | 2624148124 |
| 211. | Coira-Villar, Miguel | 0133437350 |
| 212. | Corrales, Miguel | 2479864550 |
| 213. | Delarosa, Mayelene | 2624148124 |
| 214. | Diaz-Santiago, Joseph | 2624703548 |
| 215. | Farinas, Alejandro | 2473734800 |
| 216. | Fernandez, Flabia | 0153005939 |
| 217. | Giraldo, Lennevette | 2479989992 |
| 218. | Giraldo, Maria | 2479989992 |
| 219. | Giraldo, Melanie | 2479989992 |
| 220. | Groffen, Patricia | 0133685537 |
| 221. | Perez, Annia | 2624629800 |
| 222. | Perez, Luis | 2479863479 |
| 223. | Ramirez, Frankly | 2473934533 |
| 224. | Rivero-Valdes, Yolanda | 2624712721 |
| 225. | Rodriguez, Angel | 2624558363 |
| 226. | Rodriguez, Eliecer | 2624629800 |
| 227. | Rojas, Jessica (MINOR) | 2624629800 |
| 228. | Roque, Yoel Villavicencio | 2624003055 |
| 229. | Sanchez, Rosalba | 2624634594 |

"EXHIBIT A"

## REGIONAL ENTERPRISES FOR HEALTH CORPORATION

| | | |
|---|---|---|
| 230. | Aviles, Genesis (MINOR) | 0128196259 |
| 231. | Batista, Brittney (MINOR) | 0128196259 |
| 232. | Cruz, Luz | 0135444164 |
| 233. | Espinosa, Zonia | 2624968828 |
| 234. | Fernandez, Odalys | 0129001236 |
| 235. | Figueroa, Juan Aviles | 0128196259 |
| 236. | Gallart, Maylen | 2624850745 |
| 237. | Labrada, Esther | 2624652687 |
| 238. | Labrador, Felix | 0131320707 |
| 239. | Negron, Brenda | 0128196259 |
| 240. | Pereda, Jose | 0129001236 |
| 241. | Perez, Olga | 0131320707 |
| 242. | Perez, Yusneliz | 0131320707 |
| 243. | Pouzada, Carlos | 0124317579 |
| 244. | Rodriguez, Dario | 0135741874 |
| 245. | Rubio, Didiu | 2624750911 |
| 246. | Valez, Lisandra (MINOR) | 2624968828 |
| 247. | Velez, Nancy (MINOR) | 2624968828 |