IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

TAMPA CHIROPRACTIC CENTER,
INC., a/a/o Paurice, Marie),

    Plaintiff,

ALLSTATE INDEMNITY COMPANY,

    Defendant.

_____/

CASE NUMBER: 09-CC-19253
Division 70

## ORDER ON MITCHELETE JULESSAINT, YVROSE JULESSAINT, WILLIAM PURCELL AND TAMPA AVE MANAGEMENT GROUP, CORP'S MOTIONS FOR PROTECTIVE ORDER AND MOTION FOR ATTORNEY FEES AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS TO THE SCOPE, DURATION AND DUCES TECUM OF NON-PARTY DR. WILLIAM PURCELL, D.C. AND MOTION FOR ATTORNEY FEES PURSUANT TO RULE 1.280(c) OF THE FLORIDA RULES OF CIVIL PROCEDURE

**THIS CAUSE** having come before the Court on August 26, 2010 on Plaintiff's and Non-Parties' Motions for Protective Order as to Michelet Julessaint, Yvrose Julessaint, Dr. William Purcell individually, Dr. William Purcell as billing and records custodian for Tampa Chiropractic Center, Inc. and Tampa Ave Management Group, Corp., and the Court, having heard argument of counsel, having reviewed the Amended Complaint and being otherwise fully advised of the premises, finds as follows:

    The Plaintiff, Tampa Chiropractic Center, Inc., as assignee of Marie Paurice, filed this Personal Injury Property litigation against the Defendant, Allstate Indemnity Company. It is alleged Maire Paurice was injured in a motor vehicle accident on September 16, 2008 and the Defendant failed to pay benefits pursuant to the policy and Florida law.

    Tampa Chiropractic Center, Inc. is owned by William Purcell, D.C. Said entity was issued an exemption certificate from the registration requirements of F.S. §400.900. This certificate of exemption was issued by the Agency for Healthcare Administration and was in effect during all relevant times.

    The Defendant has sought discovery from Dr. William Purcell, Tampa Ave Management, Michelete Julssaint and Yurose Julsaaint, non-parties to the litigation. Tampa Chiropractic Center, Inc. was previously owned by Michelete Julssaint until December 19, 2007, when

William Purcell, D.C. purchased the medical facility. Tampa Ave Management Group provides management services to Tampa Chiropractic Center, Inc. and is owned by Michelete Julessaint and Yurose Julssaint.

The Defendant has provided Notices of Deposition Duces Tecum to the aforesaid non-parties apparently seeking information on the ownership and control of Tampa Chiropractic Center, Inc. and the relationship of the aforesaid non-parties to the Plaintiff.

Said non-parties have retained counsel and filed Motions for Protective Orders and Attorney Fees.

Court finds that Tampa Chiropractic Center, Inc. is a licensed facility subject to rules and regulations under Florida law. There is no private right of enforcement by insurance carriers under F.S. §400.900. See Murthy v. N. Sinha Corp., 644 So.2d 983 (Fla. 1994).

Court finds any discovery as to ownership of the Plaintiff, financial information or challenging the exemption issued by the Agency for Healthcare Administration is overboard and irrelevant. All discovery as to said non-parties, is limited to the specific billing and/or treatment issues related to Ms. Paurice. The Court limits the direct examination of each deposition to not exceed 90 minutes without further Order of this Court.

**ORDERED and ADJUDGED** that the Motions for Protective Orders are hereby Granted in Part. The Motions for Attorney Fees are Denied.

**DONE and ORDERED** in Chambers, Orlando, Orange County, Florida on this _____ day of September, 2010.

Original Signed
SEP 17 2010

**Honorable John Jordan**
County Court Judge    JOHN E. JORDAN
                     County Judge

Conformed copies to:

Chad Barr, Esquire
Kimberly P. Simoes, Esquire
Donald Masten, Esquire

Judicial Assistant

2