UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY; and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY (F/K/A DEERBROOK
INSURANCE COMPANY, SUCCESSOR BY MERGER
TO NORTHBROOK INDEMNITY COMPANY),

    Plaintiffs,

Case No.: 8:11-cv-00804-EAE-EAJ

vs.

SARA C. VIZCAY, M.D.;
BEST CARE MEDICAL CENTER, INC.;
CALEB HEALTH CARE, INC.;
FLORIDA REHABILITATION PRACTICE, INC.
(F/K/A DANA MEDICAL CENTER, INC.)
GLOBAL DIAGNOSTIC CENTER, INC.
P.V.C. MEDICAL CENTER, INC. and
REGIONAL ENTERPRISES FOR HEALTH CORPORATION

    Defendants.
_____/

## DEFENDANTS CORPORATE DISCLOSURE STATEMENT

Defendants, SARA C. VIZCAY, M.D., BEST CARE MEDICAL CENTER, INC., CALEB HEALTH CARE, INC., FLORIDA REHABILITATION PRACTICE, INC. (F/K/A DANA MEDICAL CENTER, INC.), GLOBAL DIAGNOSTIC CENTER, INC., P.V.C. MEDICAL CENTER, INC. and REGIONAL ENTERPRISES FOR HEALTH CORPORATION, pursuant to Fed.R.Civ.P 7.1 hereby states that no parent corporation or publicly held corporation owns any stock in any of the Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of July, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to the following: Tammy Denbo, Esq. and Donald Masten, Esq., Masten, Lyerly, Peterson & Dunbo, LLC, 6730 West Linebaugh Avenue, Suite 101, Tampa, FL 33625.

/s/ Kimberly P. Simoes
KIMBERLY P. SIMOES
The Simoes Law Group, P.A.
Florida Bar No. 109479
Kimberly@SimoesLaw.com
120 S. Woodland Blvd. Suite 213
Deland, Florida 32720
Telephone: (386) 490-4360
Facsimile: (386) 738-0701
ATTORNEY FOR SARA VIZCAY, M.D.
BEST CARE MEDICAL CENTER, INC.
CALEB HEALTH CARE, INC.
FLORIDA REHABILITATION PRACTICE
GLOBAL DIAGNOSTIC CENTER
PERSONAL MEDICAL CENTER
P.V.C. MEDICAL CENTER, INC.
REGIONAL ENTERPRISES FOR HEALTH CORPORATION