UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY; and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY (F/K/A DEERBROOK
INSURANCE COMPANY, SUCCESSOR BY MERGER
TO NORTHBROOK INDEMNITY COMPANY),

    Plaintiffs,

Case No.: 8:11-cv-00804-EAE-EAJ

vs.

SARA C. VIZCAY, M.D.;
BEST CARE MEDICAL CENTER, INC.;
CALEB HEALTH CARE, INC.;
FLORIDA REHABILITATION PRACTICE, INC.
(F/K/A DANA MEDICAL CENTER, INC.)
GLOBAL DIAGNOSTIC CENTER, INC.
P.V.C. MEDICAL CENTER, INC. and
REGIONAL ENTERPRISES FOR HEALTH CORPORATION

    Defendants.
_____/

## DEFENDANT, REGIONAL ENTERPRISES FOR HEALTH CORPORATION ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant REGIONAL ENTERPRISES FOR HEALTH CORPORATION, by undersigned counsel, hereby submits her Answer and Affirmative Defenses to Plaintiffs Complaint as follows:

## ANSWER

1.    Admits that the Plaintiffs seek money damages and declaratory judgment regarding payment of present and future bills. The remaining allegations of this paragraph are denied.

2.    Denied.

3.    Denied.

4. Admit.

5. Denied as framed.

6. Denied as framed.

7. Admit.

8. Without knowledge, therefore denied.

9. Without knowledge, therefore denied.

10. Without knowledge, therefore denied.

11. Without knowledge, therefore denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

**GENERAL ALLEGATIONS AS TO BEST CARE MEDICAL CENTER, INC.**

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Without knowledge, therefore denied.

28. Denied.

### **GENERAL ALLEGATIONS AS TO CALEB HEALTH CARE, INC.**

29. Admit.

30. Denied as phrased.

31. Without knowledge, therefore denied.

32. Denied.

33. Without knowledge, therefore denied.

34. Denied.

### **GENERAL ALLEGATIONS AS TO FLORIDA REHABILITATION**

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

### **GENERAL ALLEGATIONS AS TO GLOBAL DIAGNOSTIC CENTER, INC.**

48. Denied.

49. Denied as framed.

50. Without knowledge, therefore denied.

51. Denied.

52. Denied.

53. Denied.

**GENERAL ALLEGATIONS AS TO PERSONAL MEDICAL CENTER, INC.**

54. Denied.

55. Denied.

56. Denied.

57. Denied as framed.

58. Denied.

59. Denied.

60. Without knowledge, therefore denied.

61. Denied.

**GENERAL ALLEGATIONS AS TO PERSONAL MEDICAL CENTER, INC.**

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

**GENERAL ALLEGATIONS AS TO REGIONAL**

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

## **COUNT I- NEGLIGENT MISREPRESENTATION**

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

## **COUNT II- COMMON LAW FRAUD**

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

## COUNT III- UNJUST ENRICHMENT

113. Denied.

114. Denied

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

### **COUNT IV- DECLARATORY JUDGMENT**

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

### COUNT V- DECLARATORY RELIEF

160. Denied.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. Denied.

175. Denied.

## COUNT VI - DECLARATORY RELIEF

176. Denied.

177. Denied.

178. Denied.

179. Denied.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

191. Denied.

192. Denied.

193. Denied.

194. Denied.

195. Denied.

196. Denied.

197. Denied.

198. Denied.

### **COUNT VII – DECLARATORY RELIEF**

199. Denied.

200. Denied.

201. Denied.

202. Denied.

203. Denied.

204. Denied.

205. Denied.

206. Denied.

207. Denied.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

212. Denied.

213. Denied.

214. Denied.

215. Denied.

216. Denied.

217. Denied.

218. Denied.

219. Denied.

220. Denied.

221. Denied.

222. Denied.

223. Denied.

224. Denied.

225. Denied.

226. Denied.

## **AFFIRMATIVE DEFENSES**

1. This Court lacks jurisdiction in this matter as Plaintiffs claims request an advisory opinion from the Court in violation of Article III of the U.S. Constitution.

2. The Plaintiffs have failed to state a claim upon which relief can be granted in counts I, I, III, IV, V, VI and VII.

3. The Plaintiff paid no monies to VIZCAY and VIZCAY submitted no bills to the Plaintiff. Thus, Plaintiff's unjust enrichment claim fails.

4. The Plaintiffs have failed to state a claim upon which relief can be granted as Plaintiffs cannot assert a private right of enforcement in the provisions of Chapters 400, 408, 817.505 or 460.4167, Florida Statutes.

5. The Plaintiffs have failed to state a claim upon which relief can be granted in Counts IV, V, VI and VII as Plaintiffs' declaratory judgment action requests that the Court make

payment decisions regarding future claims.

6. The Plaintiffs have failed to state a claim upon which relief can be granted against this Defendant in Count I, II or III due to the contractual relationship between Plaintiffs and Defendant.

7. Counts I, II and III are barred by the economic loss rule.

8. The sole remedies available to the Plaintiff for the claims asserted are provided for by F.S. 627.736, Florida Statutes.

9. The Plaintiffs cannot maintain an action for declaratory relief because the Plaintiffs have an adequate remedy at law and because a judicial determination would require the resolution of factual issues.

10. The Plaintiffs claims are barred, in whole or in part, by their unclean hands.

11. The Plaintiffs claims are barred, in whole or in part, by the doctrine of waiver.

12. The Plaintiffs claim for declaratory judgment against VIZCAY fails because VIZCAY has submitted no bills to the Plaintiff for payment on any claim. Thus, this Court does not have Article III standing to declare any rights of the parties.

13. The Plaintiff lacks standing to assert any violations of Chapters 400, 408 and 460.

14. The Plaintiffs claims are barred because the Plaintiff has failed to exhaust its administrative remedies.

15. The Plaintiffs claims are barred in whole or in part by accord and satisfaction.

16. The Plaintiffs claims are barred by the doctrine of res judicata and collateral estoppel.

17. Florida Statute Section 400.9905(4)(g) is unconstitutionally vague and violates the Defendant's due process rights.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of December, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing .

         /s/ Kimberly P. Simoes
       KIMBERLY P. SIMOES
       The Simoes Law Group, P.A.
       Florida Bar No. 109479
       Kimberly@SimoesLaw.com
       120 S. Woodland Blvd. Suite 213
       Deland, Florida 32720
       Telephone:  (386) 490-4360
       Facsimile:   (386) 738-0701
       ATTORNEY FOR DEFENDANT