UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.   8:11-CV-804-T-17EAJ          DATE   July 17, 2012

TITLE   Allstate Insurance Co., et al. v. Sara C. Vizcay, M.D., et al.

TIME   11:34 - 11:40                    TOTAL

Honorable ELIZABETH JENKINS         Deputy Clerk Cathy Morgan

Court Reporter/Tape  Digital         Courtroom   11A

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Kelly McAuley, Esq. | Kim Simoes, Esq. | |
| Daniel Martinez, Esq. | | |
| Tammy Denbo, Esq. | | |

**PROCEEDINGS:**

**SHOW CAUSE HEARING**

Non party witness, Eusevio Aquina, did not appear at todays hearing. He was directed to appear pursuant to the Order to Show Cause entered on June 29, 2012 (dkt. 137). Plaintiff is seeking an order of contempt and sanctions. Plaintiff has had no contact with Mr. Aquina. Court will take this matter under advisement and issue a written order.