**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALLSTATE INSURANCE COMPANY,
et al.,
    Plaintiffs/Counter-Defendants,

vs.                              CASE NO. 8:11-CIV-804-T-17-EAJ

SARA C. VIZCAY, M.D., et al.,
    Defendants/Counter-Plaintiffs.
_____/

**ORDER**

This cause is before the Court on the motion to dismiss or abate the counterclaim (Doc. 95) and the response thereto (108). The Court finds the motion well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the motion to dismiss the counterclaim (Doc. 95) be **granted** and the counterclaim is dismissed from this action.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of July, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties
and counsel of record