**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALLSTATE INSURANCE COMPANY,
et al.,

    Plaintiffs/Counter-Defendants,

vs.                                               CASE NO. 8:11-CIV-804-T-17-EAJ

SARA C. VIZCAY, M.D., et al.,

    Defendants/Counter-Plaintiffs.
_____/

**ORDER GRANTING MOTION IN PART**

This cause is before the Court on plaintiffs' motion to continue trial and extend certain deadlines (Doc. 148). The Court finds the motion should be granted but only in part. The requested extensions are far too extensive in this year old case. Accordingly, it is

**ORDERED** that plaintiffs' motion to continue trial and extend certain deadlines (Doc. 148) be **granted** in part and the following deadlines are set in this case: the expert witness disclosure for the plaintiffs is September 14, 2012 and for the defendants it is September 28, 2012; all discovery will be completed in this case on or before October 19, 2012; mediation shall be scheduled and held on or before October 19, 2012; dispositive motions shall be filed on or before November 19, 2012; the pretrial conference now scheduled is cancelled and the

Magistrate Judge shall set a new pretrial conference for the month of April 2013; and the trial, a trial which is expected to take up to 160 hours to try, is now scheduled for a trial calendar commencing May 6, 2013.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 31st day of July, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record