UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ALLSTATE INSURANCE COMPANY, et al.,

       Plaintiffs                    Case No.: 8:11-cv-00804-T-17EAJ

vs.

SARA C. VIZCAY, M.D., et al,

       Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR PROTECTIVE ORDER AS TO SCHEDULING AND NOTICE OF UNAVAILABILITY OF COUNSEL

Plaintiffs, by and through their respective undersigned counsel, move this Court for entry of an Order granting Plaintiffs' unopposed motion for protective order as to scheduling and notice of unavailability of counsel for the February 2014 trial calendar and the two-week period of May 22 through June 6, 2014, and in support thereof state as follows:

1. Daniel A. Martinez, Esquire, lead trial counsel for Plaintiffs, is currently scheduled to be in trial during the month of February, 2014, in the following case:

> *Douglas B. Stalley, as Plenary Guardian of Matthew R. Hanna, an incapacitated person, Karleen Smola, and Matthew J. Hanna, individually, Plaintiffs, v. Allstate Indemnity Company,* Case No: 8:12-cv-2041-T-35TBM, in the U.S. District Court for the Middle District of Florida, scheduled on the Court's February trial docket, commencing February 3, 2014, before the Honorable Mary S. Scriven.

2. Daniel A. Martinez, Esquire, also has pre-scheduled family vacation plans for the two-week time period from May 22, 2014, through June 6, 2014.

1

3. Counsel for Plaintiffs has contacted opposing counsel regarding the relief requested by this motion and is authorized to represent that counsel for Defendants do not oppose the requested relief.

WHEREFORE, Plaintiffs request this Court enter an Order granting their motion for protective order and respectfully refrain from scheduling the trial of the above captioned cause on the Court's February 2014 trial calendar, and further requests protection from trial for the two-week period from May 22, 2014, through June 6, 2014.

Dated this 20th day of January 2014.

      s/ Daniel A. Martinez
Daniel A. Martinez, Esquire
Florida Bar No. 009016
dan@callahanmartinez.com
**Inguna Varslavane-Callahan, Esq.**
Florida Bar No. 0183873
inga@callahanmartinez.com
**Kelly J. McAuley, Esq.**
Florida Bar No. 0026548
kelly@callahanmartinez.com
**Jill D. Emerson, Esq.**
Florida Bar No. 948993
jill@callahanmartinez.com
Callahan & Martinez, LLC
2935 1st Avenue North, Floor 2
St. Petersburg, Florida 33713
Attorneys for Allstate

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2014, a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court by using the ECF system, which will send a notice of electronic filing to all counsel of record.

      s/ Daniel A. Martinez
**Daniel A. Martinez, Esq.**
Florida Bar No. 0009016
dan@callahanmartinez.com
**Inguna Varslavane-Callahan, Esq.**
Florida Bar No. 0183873

inga@callahanmartinez.com
**Kelly J. McAuley, Esq.**
Florida Bar No. 0026548
kelly@callahanmartinez.com
**Jill D. Emerson, Esq.**
Florida Bar No. 948993
jill@callahanmartinez.com
Callahan & Martinez, LLC
2935 1st Avenue North, Floor 2
St. Petersburg, Florida 33713
(727) 894-3535/office, (727) 502-9621/fax

AND

**Tammy B. Denbo, Esq.**
Florida Bar No. 0163597
tammy.denbo@mastenlyerly.com
**Donald J. Masten, Esq.**
Florida Bar No. 0679161
don.masten@mastenlyerly.com
Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue, Suite 101
Tampa, Florida 33625
(813) 418-6400/office, (813) 217-9367/fax